THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE WHITE, | CASE NO. C20-0952-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 66). The parties indicate Plaintiff has expressly abandoned the claims asserted in counts II (in part), IV, IX, X, XI, XII, XIII, XIV, and XV. (Dkt. No. 66 at 9.) The parties are DIRECTED to file a joint stipulation of dismissal regarding those claims.

The parties indicate that two motions remain outstanding and are fully briefed: Defendant's motion for partial summary judgment (Dkt. No. 35) and Defendant's motion to limit the case-specific opinions of Bruce Rosenzweig, M.D. (Dkt. No. 39). Accordingly, the Clerk is DIRECTED to note Docket Numbers 35 and 39 to today, October 7, 2020.

The parties suggest they meet and confer and then file separate *Daubert* motions by June 7, 2021, setting out issues relevant to the facts of this case. The Court is agreeable to such a plan.

MINUTE ORDER
C20-0952-JCC
PAGE - 1

1. Therefore, the parties are DIRECTED to file *Daubert* motions no later than June 7, 2021.

    DATED this 7th day of October 2020.

                                                          William M. McCool
                                                          Clerk of Court

                                                          s/Tomas Hernandez
                                                          Deputy Clerk