THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE WHITE, | CASE NO. C20-0952-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ETHICON, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby TRANSFERS this case to the Honorable Benjamin H. Settle, United States District Judge. All future pleadings in this case shall bear the caption C20-0952-BHS.

DATED this 20th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0952-JCC
PAGE - 1