THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ETHICON, INC.<br>　　　　　　　Defendant. | Case No. 2:20-cv-00952-BHS<br><br>STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN CLAIMS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and this Court's Order (Dkt. No. 68), the parties stipulate to the voluntary dismissal *with prejudice* of the following counts in this action, with each side to bear their own costs:

1. Count II:  Strict Liability - Manufacturing Defect;
2. Count IV:  Strict liability – Defective Product;
3. Count IX:  Negligent Misrepresentation;
4. Count X:  Negligent Infliction of Emotional Distress;
5. Count XI:  Breach of Express Warranty;
6. Count XII:  Breach of Implied Warranty;
7. Count XIII:  Violation of Consumer Protection Laws;

STIPULATION AND ORDER FOR DISMISSAL
OF CERTAIN CLAIMS
(Case No. 2:20-cv-00952-BHS) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

8. Count XIV: Gross Negligence; and

9. Count XV: Unjust Enrichment.

Subject to Defendants' reservation of their right to seek leave to file additional motions, the parties agree that the following claims will remain pending in this case:

1. Count I: Negligent Design Defect;

2. Count III: Strict Liability – Failure to Warn;

3. Count V: Strict Liability – Design Defect;

4. Count VI: Common Law Fraud;

5. County VII: Fraudulent Concealment;

6. Count VIII: Constructive Fraud;

7. Count XVII: Punitive Damages; and

8. Count XVIII: Discovery Rule and Tolling.

In light of the parties' stipulation to the dismissal of Counts II[1], IV, IX, X, XI, XII, XIII, XIV, and XV, the parties agree that Defendants' Motion for Partial Summary Judgement (Dkt. Nos. 35-36) is now moot.

DATED this 3rd day of December, 2020.

**CALFO EAKES LLP**

By ___*s/Angelo J. Calfo*___
    Angelo J. Calfo, WSBA# 27079
    Patricia A. Eakes, WSBA# 18888
    Damon C. Elder, WSBA# 46754
    Andrew DeCarlow, WSBA# 54471
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 407-2200
    Fax:  (206) 407-2224

---

[1] Although Plaintiff is not pursuing a manufacturing defect claim, Plaintiff's Response requests the ability to present evidence on Ethicon's manufacturing process and the raw materials used in the manufacture of the Gynecare TVT products. (Dkt. No. 38 at 2–3).

STIPULATION AND ORDER FOR DISMISSAL
OF CERTAIN CLAIMS
(Case No. 2:20-cv-00952-BHS) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

Email: angeloc@calfoeakes.com
pattye@calfoeakes.com
damone@calfoeakes.com
andrewd@calfoeakes.com

**BUTLER SNOW LLP**

By     *s/Anita Modak-Truran*
Anita Modak-Truran, *Admitted Pro Hac Vice*
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Phone: (615) 651-6751
Fax: (615) 651-6701
Email: Anita.modak-truran@butlersnow.com

*Attorneys for Defendant Ethicon, Inc.*

**FRIEDMAN RUBIN PLLC**

By     *s/Peter J. Mullenix*
Peter J Mullenix
1109 1st Ave., Suite 501
Seattle, WA 98101-2988
Phone: 206-501-4446
Email: pmullenix@friedmanrubin.com

**SCHLESINGER LAW OFFICES PA (FL)**

By     *s/Jeffrey L. Haberman*
Jeffrey L. Haberman
1212 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Phone: 954-320-9507
Email: Jhaberman@schlesingerlaw.com

STIPULATION AND ORDER FOR DISMISSAL
OF CERTAIN CLAIMS
(Case No. 2:20-cv-00952-BHS) - 3

**ORDER**

The Court GRANTS the stipulated dismissal of certain claims as set forth above.

IT IS SO ORDERED.

DATED this 4th day of December, 2020

_____

BENJAMIN H. SETTLE

United States District Judge

STIPULATION AND ORDER FOR DISMISSAL
OF CERTAIN CLAIMS
(Case No. 2:20-cv-00952-BHS) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224