THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE WHITE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ETHICON, INC.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00952-BJS<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE
(Case No. 2:20-cv-00952-BHS)

1   Plaintiff Leslie White and Defendant Ethicon, Inc. hereby submit this Joint Stipulation of
2   Dismissal with Prejudice. Plaintiff has reached an agreement with Defendant to resolve all of her
3   claims in this action. Based on the foregoing, the parties respectfully request that the Court dismiss
4   all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and
5   costs.

6   *IT IS SO STIPULATED.*

7   DATED:  May 2, 2022.

**CALFO EAKES LLP**

By  *s/Andrew DeCarlow*
Patricia A. Eakes, WSBA #18888
Angelo J. Calfo, WSBA# 27079
Damon C. Elder, WSBA# 46754
Andrew DeCarlow, WSBA# 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
       angeloc@calfoeakes.com
       damone@calfoeakes.com
       andrewd@calfoeakes.com

**BUTLER SNOW LLP**

Jordan N. Walker, Admitted *Pro Hac Vice*
1020 Highland Pkw., Suite 1400
Ridgeland, MS 39157
Phone:  (601) 985-4643
Email:  jordan.walker@butlersnow.com

Margaret Loveman, Admitted *Pro Hac Vice*
1819 Fifth Avenue North
Birmingham, AL 35203
Phone:  (205) 297-2241
Email: margaret.loveman@butlersnow.com

-and-

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 2:20-cv-15272-BHS) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

**TUCKER ELLIS LLP**

Michael Zellers, *Admitted Pro Hac Vice*
Mollie Fleming Benedict, *Admitted Pro Hac Vice*
515 So. Flower St., 42nd Floor
Los Angeles, CA 90071
Phone: (213) 430-3400
Email: michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com

**CARNEY BADLEY SPELLMAN PS**

Michael B. King, WSBA #14405
701 5th Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Email: king@carneylaw.com

*Attorneys for Defendant Ethicon, Inc.*

-and-

**FRIEDMAN RUBIN PLLC**

By      *s/Peter J. Mullenix*
   Peter J Mullenix
   1109 1st Ave., Suite 501
   Seattle, WA 98101-2988
   Phone: 206-501-4446
   Email: pmullenix@friedmanrubin.com

**SCHLESINGER LAW OFFICES PA (FL)**

By      *s/Jeffrey L. Haberman*
   Jeffrey L. Haberman
   1212 SE 3rd Avenue
   Ft. Lauderdale, FL 33316
   Phone: 954-320-9507
   Email: Jhaberman@schlesingerlaw.com

*Attorneys for Plaintiff*

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE
(Case No. 2:20-cv-15272-BHS) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278

**ORDER**

IT IS SO ORDERED.

DATED this 2nd day of May, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 2:20-cv-15272-BHS) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2278